# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ryan Barkle, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Steven J. Bertani, Sun Architectural )<br>Products, LLC, Architectural Glass )<br>Railings, LLC, and Glass and Rail, )<br>LLC, )<br>)<br>Defendants. ) | Civil Action File No:<br>1:16-cv-04603-SCJ |

## CONSENT ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion to Approve Settlement and Dismissal with Prejudice ("Joint Motion to Approve"). For good cause shown, it is hereby ORDERED that the settlement of this matter is approved and the above matter is dismissed with prejudice. It is further ORDERED that the Parties are directed to perform according to the terms set forth in the Agreement attached to the Joint Motion to Approve as Exhibit A.

SO ORDERED, this 10th day of October, 2017.

                                s/Steve C. Jones
                                HONORABLE STEVE C. JONES
                                UNITED STATES DISTRICT JUDGE